ACCEPTED
14-14-0926-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 11:26:18 AM
CHRISTOPHER PRINE
CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/28/2015 11:26:18 AM

CHRISTOPHER A. PRINE
Clerk

January 28, 2015

Christopher Prine, Clerk of the Court
Fourteenth Court of Appeals
301 Fannin
Houston, Texas 77002-2066

   RE: *Ex parte Riku Melartin, 14-14-0926-CR*

Dear Mr. Prine:

   This letter will confirm that I will be responsible for presenting oral argument on behalf of Mr. Melartin on March 25, 2015, in the above-styled and numbered case.

   Pursuant to TEX.R.APP.P. 9.5(d), I have today served this notice on opposing counsel via e-filing.

                                        Sincerely yours,


                                        /s/ **Brian W. Wice**

                                        *BRIAN W. WICE*


BWW:dje

cc: Melissa Hervey
    (HERVEY_MELISSA@dao.hctx.net)